IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

XO COMMUNICATIONS SERVICES, INC.                    PLAINTIFF

VS.                         CASE NO. 05-3018

SOUTHERN TELECOM, INC.                              DEFENDANT

**JUDGMENT**

For the reasons recited within a memorandum opinion of even date, judgment is rendered in favor of the plaintiff, XO Communications Services, Inc., against the defendant, Southern Telecom, Inc.

Plaintiff is hereby awarded $772,260.98 in damages, representing:

\*     $625,653.00 in damages for access charges; and

\*     $146,607.98 in damages for unpaid monthly recurring charges.

The defendant previously posted $15,000.00 into the registry of the Court as security.  The United States District Court Clerk is directed to release these funds and make them payable to XO Communications Services, Inc., in partial satisfaction of the judgment entered herein.  The payment should be mailed to:

XO Communications Services, Inc.
c/o Eva Madison
Wright, Lindsey & Jennings LLP
903 North 47th Street, Suite 101
Rogers, Arkansas 72756

This judgment shall bear interest at the rate of 4.94% from the date of its entry until paid.

IT IS SO ORDERED this 1st day of May 2006.


/S/JIMM  LARRY  HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE